AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Academy Medical, Inc. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:26-cv-1430 |
| Concordance Healthcare Solutions, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Concordance Healthcare Solutions, LLC
85 Shaffer Park Drive
Tiffin, Ohio 44883
    Serve registered agent:
    CT Corporation System
    4701 Cox Road, Suite 285
    Glen Allen, Virginia 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David C. Rohrbach, Esq.
Edward S. Rosenthal, Esq.
Rohrbach Rosenthal LLP
124 S. Royal Street
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/2026 _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01430

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Concordance Healthcare Solutions, LLC c/o CT Corporation System, Registered Agent was received by me on *(date)* May 27, 2026, 4:34 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rockayla Marable , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, Registered Agent for Concordance Healthcare Solutions, LLC  on *(date)* Thu, May 28 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____0.00_____ for travel and $ _____199.00_____ for services, for a total of $ _____199.00_____ .

I declare under penalty of perjury that this information is true.

Date: 05/28/2026

_____
*Server's signature*

Mesay Abebe Process Server
_____
*Printed name and title*

8200 Greensboro Dr Suite 900, McLean, VA 22102
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 28, 2026, 11:00 am EDT at 4701 Cox Road Suite 285, Glen Allen, VA 23060 received by Rockayla Marable on behalf of CT Corporation System, Registered Agent for Concordance Healthcare Solutions, LLC. Age: 25-30; Ethnicity: African American; Gender: Female; Weight: 160-180; Height: 5'5"; Hair: Black; Relationship: Intake Specialist; Rockayla Marable affirmed she is authorized to accept service on behalf of CT Corporation System, Registered Agent for Concordance Healthcare Solutions, LLC by providing a letter of authorization.

# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

_As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients._

The following natural persons are designated in the office of the registered agent upon whom any, process, notice or demand may be served:

Lauren Everett        Nikolas Williams        Rockayla Marable        Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

Lauren Everett
Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lauren Everett, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 26 day of March, 2026.

Notary Public

ARMAN AHMED
NOTARY
PUBLIC
REG # 00380217
MY COMMISSION
EXPIRES
05/31/2029
COMMONWEALTH OF VIRGINIA